Ann-Martha Andrews, Nevada Bar No. 007585
Kristina N. Holmstrom, Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone:  602.778.3700
Fax:  602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant First Reliance Standard Life Insurance Company*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN SCOTT BURRIS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 2:20-CV-00999-APG-BNW<br><br>**[PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**(Special Scheduling Review Requested)** |

Plaintiff John Scott Burris and defendant First Reliance Standard Life Insurance Company jointly request special scheduling review and submit the following discovery plan and scheduling order for this case.

**I.     Rule 26(f) Conference.**

In accordance with Fed. R. Civ. P. 26(f), conferences were held on September 23, 2020 and thereafter between Patrick R. Leverty and Rueben H. Cawley, counsel for Burris, and Ann-Martha Andrews, counsel for Reliance Standard. The parties agree that the standard discovery plan is not best suited for this case, which is governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 et seq., for the reasons set forth in more detail below.

**II.      Nature of the Case and Purpose of Special Review.**

This lawsuit arises out of Burris's claim for long-term disability benefits under a plan established and maintained by his employer, Wilson Elser, and funded via a policy of group long-term disability insurance issued by Reliance Standard. Burris's Complaint alleges a claim for benefits under ERISA.

***Plaintiff's view.***  Currently, Plaintiff is seeking to amend the Complaint in part to ensure that the claims and defenses raised in the administrative record ("AR") below are litigated in this action for Plaintiff's long-term disability benefits arising out of Plaintiff's doctor's final diagnosis of disability May and June 2019.  Plaintiff was ultimately diagnosed with Chronic Fatigue Syndrome, as supported in part by a positive test for reactivated Epstein Barr Virus. Plaintiff's doctor began with a preliminary diagnosis of "depression" as Plaintiff's disability, which the doctor eliminated, along with other possible diagnoses, over a period of 6 months (December 2018 to May 2019).

The parties dispute whether Defendant properly preserved and produced material evidence that should be part of the administrative record for this case, as alleged in the Complaint.  Additionally, Plaintiff seeks to prove that Defendant has a structural conflict of interest.  Plaintiff also seeks to prove that that Defendant did not follow the Plan documents nor ERISA requirements and acted far outside of the boundaries for conferring discretion.  Plaintiff also seeks to prove that several other factors exist to show that a de novo (or a heightened) standard of review of the administrative record is proper.

The parties dispute the applicable standard of review.

***Defendant's View.*** The Court will decide the merits of the case based only upon the administrative record (the claim file). The operative plan documents confer discretion on the claim administrator, Reliance Standard, such that the Court will apply the abuse of discretion standard in deciding the merits of the case. While some discovery into the dual-role conflict may be appropriate, the discovery must be narrowly-tailored to the facts of the specific case.

**III.     Proposed Plan.**

2

    **A.**    <u>**Disclosure of the Administrative Record:**</u>  October 23, 2020

    **B.**    <u>**Amendment of Pleadings and Addition of Parties:**</u>  December 4, 2020

    **C.**    <u>**Deadline to Complete Discovery:**</u>  February 1, 2021

    **D.**    <u>**File the Administrative Record:**</u>  January 8, 2021

    **E.**    <u>**Plaintiff's Opening Brief:**</u>  February 1, 2021

    **F.**    <u>**Defendant's Response Brief:**</u>  March 1, 2021

    **G.**    <u>**Plaintiff's Optional Reply Brief:**</u> March 15, 2021

**IV.**    <u>**Electronically Stored Information.**</u>

The parties do not anticipate any issues relating to the disclosure, discovery, or preservation of ESI at this time. If issues arise, the parties will meet and confer and present a plan to the Court.

**V.**    <u>**Privilege Issues.**</u>

The parties do not currently propose any agreement relating to claims of privilege. In the event that discovery is conducted and claims of privilege or protection are made, the parties will work together to present a stipulated confidentiality order to the Court.

*Plaintiff's View.*  Plaintiff has respectfully requested that information that is private or may be embarrassing if made public be redacted in the public facing documents.

**VI.**    <u>**LR 26-1 Certifications.**</u>

In accordance with LR 26-1(b)(7), the parties certify that they have met and conferred regarding the possibility of using alternate dispute-resolution processes and have agreed to schedule a private mediation at an appropriate time.

In accordance with LR 26-1(b)(8), the parties certify that they have met and conferred about alternate forms of case disposition including consent to trial by a magistrate judge and the use of the Short Trial Program.

The provisions of LR 26-(b)(9) do not apply as no jury trial has been demanded and none is permitted in this ERISA matter.

3

RESPECTFULLY SUBMITTED this 7th day of October 2020.

| | |
|---|---|
| LAW OFFICES OF<br>REUBEN H. CAWLEY. | OGLETREE, DEAKINS, NASH, SMOAK &<br>STEWART, P.C. |
| By: s/ *Reuben H. Cawley* (w/ permission)<br>  Rueben H. Cawley<br>  Nevada Bar No. 9384<br>  Utah Bar No. 10304<br>  10040 W. Cheyenne Av. Ste. 170-244<br>  Las Vegas, NV 89129<br>  Ph: (702) 882-3363<br>  Fax: (702) 964-1367<br>  Rcawley.esq@gmail.com<br><br>*Attorneys for Plaintiff John Scott Burris* | By: *s/ Ann-Martha Andrews*<br>  Ann-Martha Andrews, NV Bar No. 007585<br>  Kristina N. Holmstrom, NV Bar No. 010086<br>  2415 East Camelback Road, Suite 800<br>  Phoenix, AZ 85016<br>  Tel.:  602.778.3700<br>  Fax:  602.778.3750<br>  ann.andrews@ogletree.com<br>  kristina.holmstrom@ogletree.com<br><br>*Attorneys for Defendant First Reliance<br>Standard Life Insurance Company* |

**IT IS SO ORDERED**

**DATED:** 3:50 pm, October 09, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4