Reuben H. Cawley
Nevada Bar No. 9384
Utah Bar No. 10304
10040 W. Cheyenne Ave. Suite, 170-244
Las Vegas, NV 89129
Office: (702) 882-3363
Fax: (702) 964-1367
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN SCOTT BURRIS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case 2:20-cv-00999-APG-BNW<br><br>**STIPULATION OF COUNSEL FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

**STIPULATION OF COUNSEL FOR**
**PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**

Counsel for the parties—Reuben H. Cawley for Plaintiff and Ann-Martha Andrews for Defendant—stipulated to Plaintiff's filing of the First Amended Complaint ("FAC") pursuant to Fed. R. Civ. P. 15(a)(2).

DATED this 13th day of October 2020.

| | |
|---|---|
| */s/ Reuben H. Cawley*<br><br>Reuben H. Cawley<br>Nevada Bar No. 9384<br>Utah Bar No. 10304<br>10040 W. Cheyenne Ave, Ste. #170-244<br>Las Vegas, NV 89129<br>Office: (702) 882-3363<br>Fax: 702-964-1367<br>rcawley.esq@gmail.com<br>*Attorney for Plaintiff* | */s/ Ann-Martha Andrews*<br><br>Ann-Martha Andrews, Nevada Bar No. 007585<br>Kristina N. Holmstrom, Nevada Bar No. 010086<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>2415 East Camelback Road, Suite 800<br>Phoenix, Az 85016<br>Telephone: 602.778.3700<br>Fax: 602.778.3750<br>Ann.Andrews@Ogletree.Com<br>Kristina.Holmstrom@Ogletree.Com<br>*Attorneys For Defendant* |

**IT IS SO ORDERED**

**DATED:** 2:50 pm, October 16, 2020

*[signature]*

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**