1  Reuben H. Cawley
2  Nevada Bar No. 9384
   Utah Bar No. 10304
3  10040 W. Cheyenne Ave. Suite, 170-244
   Las Vegas, NV 89129
4  Office: (702) 882-3363
   Fax: (702) 964-1367
5  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN SCOTT BURRIS, an individual, | Case 2:20-cv-00999-APG-BNW |
| Plaintiff, | |
| v. | **JOINT REQUEST TO MODIFY SCHEDULING ORDER (ECF #15)** |
| FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, | **[FIRST REQUEST]** |
| Defendant. | |

## STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER

The parties stipulate and request that the Court modify the Scheduling Order (ECF #15) because a discovery hearing has been rescheduled for to February 26, 2021 (*see* ECF #36), which is several weeks after the current deadline set by the Scheduling Order for the close of discovery and the opening summary judgment brief (set for February 1, 2021). The parties agree that new deadline(s) will be contingent upon the forthcoming discovery ruling of the Court.

Thus, the parties stipulate and request that the Court vacate the current deadlines set forth in the Scheduling Order for February 1, 2021 and beyond, and then confer with the parties after the discovery ruling to set new deadlines.

Respectfully submitted February 1, 2021.

| | |
|---|---|
| _/s/ Ann-Martha Andres_<br>Ann-Martha Andrews<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>3800 Howard Hughes Pkwy Suite 1500<br>Las Vegas, NV 89169<br>(602) 778-3702<br>Fax: (602) 778-3750<br>Attorney for Defendant | _/s/ **Reuben H. Cawley**_<br>Reuben H. Cawley<br>Nevada Bar No. 9384<br>Utah Bar No. 10304<br>10040 W. Cheyenne Ave, Ste. #170-244<br>Las Vegas, NV 89129<br>Office: (702) 882-3363<br>Fax: 702-964-1367<br>Email: rcawley.esq@gmail.com<br>Attorney for Plaintiff |

ORDER

The parties' stipulation is GRANTED.  At the upcoming February 26, 2021 hearing the parties should be prepared to discuss new discovery deadlines.

**IT IS SO ORDERED**

**DATED:** 5:12 pm, February 08, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2