# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SCOTT BURRIS,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 2:20-cv-00999-APG-BNW<br><br>**Order Affirming Magistrate Judge's Order Denying Motion for Sanctions**<br><br>[ECF Nos. 40, 41] |

Plaintiff John Burris filed a motion for sanctions against defendant First Reliance Standard Life Insurance Company, alleging the spoliation of evidence. ECF No. 24. Magistrate Judge Weksler denied that motion. ECF No. 40. Mr. Burris filed an appeal of that order. ECF No. 41. I have reviewed the appeal, Judge Weksler's Order, and the underlying papers. Judge Weksler's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I HEREBY ORDER that Magistrate Judge Weksler's Order **(ECF No. 40) is affirmed** in its entirety, and Mr. Burris's appeal **(ECF No. 41) is denied**.

DATED this 27th day of January, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE