Ann-Martha Andrews, Nevada Bar No. 007585
Kristina N. Holmstrom, Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant First Reliance Standard
Life Insurance Company*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SCOTT BURRIS,<br><br>          Plaintiff,<br><br>     vs.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No.: 2:20-CV-00999-CDS-BNW<br><br>**DEFENDANT'S MOTION FOR ONE-WEEK EXTENSION TO FILE OPPOSITION**<br><br>(First Request) |

In accordance with LR IA 6-1, defendant First Reliance Standard Life Insurance Company moves for an extension of its deadline to file its opposition to the plaintiff's "Motion to Enforce" (ECF 93). First Reliance's opposition is currently due on April 19, 2023. First Reliance requests a one-week extension of the deadline, to and including **April 26, 2023**, because counsel's paralegal assistant, who is necessary to assist in preparing the opposition and to prepare a declaration in support of the opposition, has experienced a death in her immediate family.

First Reliance sought a stipulation from the plaintiff's counsel, but he did not respond.

This is First Reliance's first request for an extension of time to file its opposition brief.

DATED this 18th day of April 2023.

**IT IS SO ORDERED**

**DATED:** 10:29 am, April 19, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Ann-Martha Andrews
Ann-Martha Andrews, NV Bar No. 007585
Kristina N. Holmstrom, NV Bar No. 010086
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant First Reliance Standard Life Insurance Company*

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Reuben H. Cawley
10040 W. Cheyenne Ave.
Suite 170-244
Las Vegas, NV 89129
Rcawley.esq@gmail.com
*Attorneys for Plaintiff*

DATED this 18th day of April 2023.

/s/ Rose Ramsey
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

3