```
Reuben H. Cawley
Nevada Bar No. 9384
Utah Bar No. 10304
10040 W. Cheyenne Ave. Suite, 170-244
Las Vegas, NV 89129
Office: (702) 882-3363
Fax: (702) 964-1367
```
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN SCOTT BURRIS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, <br><br> Defendant. | Case 2:20-cv-00999-CDS-BNW <br><br> **[Second Request By Plaintiff]** <br><br> **LR IA 6-1 REPLY ISO MOTION FOR EXTENTION OF DEADLINE FOR PLAINTIFF'S REPLY** <br><br> ***Currently Due May 3, 2023*** |

    Per LR IA 6-1, this is the second time Plaintiff has requested additional time to file a brief; and Plaintiff requests an additional week, to May 9, 2023 to file a reply. Plaintiff previously requested and was granted additional time to file a reply to ECF No. 71 (which Defendant had filed on time).

    The local rule requires Plaintiff to "state the reasons" that additional time is needed. There are two main reasons. First, Defendant's Response covers a wide time period and has 13 attachments, which requires more time than allowed by the rules for Plaintiff's counsel to review and prepare a reply. Second, as a solo practitioner (without the resources of a national or international level law firm), the undersigned has been unable to manage all of the logistics needed to reply within the deadlines.

    For those reasons, the undersigned respectfully requests additional time to file a Reply by May 9, 2023.

REUBEN H. CAWLEY, ESQ.
BY: /s/ Reuben H. Cawley

REUBEN H. CAWLEY, ESQ.
Nevada Bar No. 9384
Utah Bar No. 10304
10040 W. Cheyenne Ave, Ste. #170-244
Las Vegas, NV 89129
Office: (702) 882-3363
Fax: 702-964-1367
Email: rcawley.esq@gmail.com
*Attorney for Plaintiff*

**IT IS SO ORDERED**

DATED: 9:51 am, May 03, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE