Ann-Martha Andrews, SBN 007585
Kristina N. Holmstrom, SBN 010086
ann.andrews@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602-778-3700
Fax:  602-778-3750

*Attorneys for Defendant First Reliance Standard Life Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SCOTT BURRIS,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>    Defendants. | Case No.: 2:20-cv-00999<br><br>**MOTION FOR ENTRY OF JUDGMENT** |

    In accordance with Fed. R. Civ. P. 58(d), defendant First Reliance Standard Life Insurance Company requests the Court to enter judgment in favor of First Reliance and against the plaintiff, John Scott Burris, in accordance with the Court's Order dated February 9, 2024 (ECF 105). A form of Judgment is attached.

    Dated this 29th day of March 2024.

                                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                        /s/ Ann-Martha Andrews
                                        Ann-Martha Andrews, NV Bar No. 007585
                                        Kristina N. Holmstrom, NV Bar No. 010086
                                        2415 East Camelback Road, Suite 800
                                        Phoenix, AZ 85016
                                        ann.andrews@ogletree.com
                                        kristina.holmstrom@ogletree.com

                                        *Attorneys for Defendant First Reliance Standard Life Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Reuben H. Cawley
1004 W. Cheyenne Avenue
P.O. Box 244
Las Vegas, NV 89129
Rcawley.esq@gmail.com

DATED this 29th day of March, 2024.

/s/ Rose Ramsey
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

61482863.v1-OGLETREE