Reuben H. Cawley
Nevada Bar No. 9384
Utah Bar No. 10304
10040 W. Cheyenne Ave. Suite, 170-244
Las Vegas, NV 89129
Office: (702) 882-3363
Fax: (702) 964-1367
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SCOTT BURRIS,<br><br>    Plaintiff<br><br>v.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>    Defendant | Case 2:20-cv-00999-CDS-BNW<br><br>**Order Granting Plaintiff's Motion for Extension of Time**<br><br>[ECF No. 110] |

    Per LR IA 6-1, this is the third time Plaintiff has requested additional time to file a brief; and Plaintiff requests an additional two weeks, to April 26, 2024, to file a response to "Motion for Attorney Fees by Defendant First Reliance Standard Life Insurance Company." (ECF No. 108.) The undersigned asked counsel for the Defendant if there would be any objections to this request but none were provided. (*See* Ex. 1.)

    The local rule requires Plaintiff to "state the reasons" that additional time is needed. Essentially, as a solo practitioner (without the resources of a national or international level law firm), I am unable to manage my recent and concurrent traveling with the logistics needed to respond to Defendant's motion within the deadline.

    For those reasons, the undersigned respectfully requests additional time to file a Response by April 26, 2024.

IT IS SO ORDERED:
No further extensions will be granted.

DATED: April 12, 2024

1
2
3  REUBEN H. CAWLEY, ESQ.
   BY: /s/ Reuben H. Cawley
4  REUBEN H. CAWLEY, ESQ.
   Nevada Bar No. 9384
5  Utah Bar No. 10304
   10040 W. Cheyenne Ave, Ste. #170-244
6  Las Vegas, NV 89129
   Office: (702) 882-3363
7  Fax: 702-964-1367
   Email:  rcawley.esq@gmail.com
8  *Attorney for Plaintiff*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28