Ann-Martha Andrews, Nevada Bar No. 007585
Kristina N. Holmstrom, Nevada Bar No. 010086
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone:  602.778.3700
Fax:  602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant First Reliance Standard
Life Insurance Company*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN SCOTT BURRIS,<br><br>Plaintiff<br><br>vs.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Defendant | Case No.:  2:20-cv-00999-~~APG~~ CDS -BNW<br><br>**Order Granting Defendant's Motion to Extend Stay** |

In accordance with the Court's Minute Order dated July 1, 2024 (ECF 116), defendant First Reliance Standard Insurance Company reports to the Court as follows:

    1.    The parties participated in a mediation on July 1, 2024 with the Ninth Circuit mediator and reached a settlement. However, parties thereafter disagreed as to certain terms of settlement, and currently remain in discussions.

    2.    The parties disagree as to whether settlement will proceed.

    3.    Due to travel schedules of counsel, the parties, and the mediator, the parties may not be able to have further significant discussions until early September. Accordingly, defendant First Reliance Standard Life Insurance Company respectfully requests the Court to stay the matter through September 20, 2024.

    4.    Plaintiff's appellate counsel has approved the language of this report; however, appellate counsel has not appeared in the district court matter.

5. Defendant's motion to stay as stated herein is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 8th day of August, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/ *Ann-Martha Andrews*
Ann-Martha Andrews, NV Bar No. 007585
Kristina N. Holmstrom, NV Bar No. 010086
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Tel.:  602.778.3700
Fax:  602.778.3750
ann.andrews@ogletree.com
kristina.holmstrom@ogletree.com

*Attorneys for Defendant First Reliance Standard Life Insurance Company*

## ORDER

Defendant First Reliance's request to extend the stay to further negotiate certain terms of the settlement is granted. Accordingly, this case remains stayed until September 20, 2024. On or before that date, the parties must either submit notice of settlement or a joint status report addressing the status of settlement.

Dated: August 13, 2024

_____
Cristina D. Silva
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Reuben H. Cawley
10040 W. Cheyenne Ave.
Suite 170-244
rcawley.esq@gmail.com

*Attorneys for Plaintiff*

DATED this 28th day of June 2024.

/s/ Rose Ramsey
An Employee of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

3

63556385.v1-OGLETREE